FILED 01 JUN '20 09:49 USDC-ORE
29 May
20

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
— EUGENE DIVISION —

| | |
|---|---|
| TARIQ MUHAMMAD, PLAINTIFF, <br><br> V. <br><br> OREGON DEPT. OF CORRECTIONS, (DIR.) COLETTE PETERS, (OSP) SGT. GARBER e.t.al, DEFENDANT(S). | CASE NO: 6:20-cv-00874-IM <br><br> Civil Complaint <br> TYPE: FED. QUESTION <br> JURISDICTION: <br> 42 U.S.C. § 1983 <br> AD HOC SIC. mens rea. <br><br> JURY TRIAL REQUESTED: <br> EX. REL CASE NO. <br> 6:20-CV-00564-IM |

STATEMENT OF THE CASE:

PLAINTIFF IS AN AFRICAN AMERICAN; AND A MUSLIM. ODOC AND STAFF; AS WELL AS SGT. GARBER; UNDER SUPERVISORY CONTROL AND AUTHORITY OF DIRECTOR OF CORRECTIONS COLETTE PETERS - ACTED UNDER COLOR OF STATE LAW; ART 1 SEC. 1,2,3, 8,10,11, 13, 16, 20, 22, 25
P. 1 OF 6

OF THE OREGON CONSTITUTION; TO (RESTRICT) AND (ABRIDGE) THE 1ST AMENDMENT FREEDOM OF RELIGION, OPINION, CHOICE, SPEECH AND EXPRESSION ACTS; GUARANTEED; EVEN TO A (SCUMBAG) PRISONER! SEE: MEACHUM V. FANO, 427 U.S. 215 (1976) (ORS 659A-030) TORTS HAVE BEEN SATISFIED; THE CONSTITUTION - TRAMPLED; AND THEREFORE NEGATING THE EXHAUSTION RULE.

CLAIM (1): ON 05-23-2020 (7:20 P.M.) IN THE OREGON STATE PENITENTIARY; SERGEANT GARBER BEGAN THREATENING TO THROW PLAINTIFF IN THE HOLE; IF HE KEPT SAYING: "RACISM STILL EXISTS" "GOD SAYS IN THE QURAN; "YOU PEOPLE STICK TOGETHER" (QURAN 60:1-2)(QURAN 9:71)(QURAN 3:28) Sgt. GARBER, ACTING UNDER CONTROL AND ADMINISTRATION OF ODOC AND DIR. COLETTE PETERS - SAID: "IF YOU KEEP TALKING (RACIST) "BULLSHIT" YOU WILL GO (TO) THE HOLE"! PLAINTIFF

p. 2 of 6

SAID; "LET'S GO!" "IF I CANNOT SPEAK; I AM ALREADY IN THE HOLE!!" "YOU HATE A BLACK VOICE!" "THAT IS WHY YOU KILLED MALCOLM!" "ART. 1 SEC. 8 OF THE OREGON CONSTITUTION; SAYS; "I CAN SPEAK MY OPINION ON ANY SUBJECT WHATSOEVER!" "YOU REJECTED TRUTH Sgt. GARBER; WHEN ALL I SAID-WAS; "RACISM STILL EXISTS" i.e. INITIALLY! AND THAT TOUCHED A NERVE! THIS COURT IS WELL AWARE OF THE (ILLEGAL) PRACTICES OF (ODOC) STAFF; i.e. TELLING A (60) YEAR OLD MAN; "SHUT-UP!" THEY DON'T EVEN TELL DOGS TO; "SHUT-UP"! THEY LICKS ON IN THE MOUTH ("SHUT UP"? WOW!) RACISM SUCKS! SO, DOES INSECURITY! "ISLAM IS THE RELIGION OF TRUTH!"; SANCTIONED BY OREGON LAW! (ORS 42.010) QUR'AN 9:33 QUR'AN 9:135

* THEY CROSSED THE LINE; BY USING THREATS WITH PROFANITY IS AGAINST OREGON PROFESSIONAL CODES OF ETHICS! Sgt. GARBER HAS ABUSED HER AUTHORITY; AND IN OFFICIAL MISCONDUCT!

P. 3 of 6

CLAIM (2): SINCE 05-03-2019; PLAINTIFF HAS COMMUNICATED WITH CAPTAIN (CCCF) MCCORKHILL, CAPTAIN ALLUS, COLETTE PETERS (DIR.); (BHS) - KAROL RHOADES (RHOADES) AND A (MYRIAD) OF (ODOC) STAFF OR PERSONNEL; ABOUT ODOC (EMPLOYEES) GOING BERSERK ON HIM; FOR MERELY (DIPLOMATICALLY) PROTESTING STAFF IN (DOC); TELLING HIM, SPEAK UP! ; AND FORCING PLAINTIFF TO BE TORTURED BOTH PHYSICALLY AND MENTALLY; IN "GROSS NEGLIGENCE"! COLETTE PETERS; IS GROSSLY NEGLIGENT; IN FAILING TO INTERCEDE WITH (KNOWN) VIOLENT INMATES AND STAFF; (KNOWN): WHO HATE WISDOM FROM A BLACK MAN! SHE ALSO ACTED IN HER OFFICIAL CAPACITY; UNDER THE (ORS 30.260) COLOR OF STATE LAW;" TO UPHOLD (ORS 30.275) THE CONSTITUTION; BE JUST, FAIR, AND IMPARTIAL; AND SEE TO THE HEALTH, SAFETY, AND SECURITY AND CONCERNS OF INMATES"! HER OWN POLICY AND GOV. OATH SHE SWORE UNDER OATH TO! PLAINTIFF IS SUFFERING MUCH PHYSICAL AND MENTAL

P. 4 of 6

ANGISH! HUMAN BEINGS ARE NATURALLY SOCIAL CREATURES! ANTISOCIAL BEHAVIOR BY PROFESSIONAL CIVIL SERVANTS IS APPALLING! COLETTE PETERS HAS BEEN RECEIVING SEVERAL TORT CLAIMS! SHE IGNORES PLAINTIFFS GRIEVANCES OF HURT! NOTE: CRUEL AND UNUSUAL PUNISHMENT; IS ILLEGAL! 8TH AMENDMENT OF THE U.S. CONST. ; AND THE ADA; AND ARTICLE 1 SEC. 2, 3, 8, 13, 20, 22 AND 25 OF THE OREGON CONST. ADA APPLIES! PLAINTIFF HAS A DOCUMENTED MENTAL CONDITION — DUE TO RACIST PEOPLE IN ODOC et.al.( SEE: (OSH) DR. FERNANDEZ-TYSON'S 08-24-18, EVAL. RPT.; RELATED TO PLAINTIFFS (ODOC) INCARCERATION! WE ARE TALKING MODERN DAY HITLER (BLACK) HOLOCAUST! "LET THE RECORD SPEAK FOR ITSELF! HOW MUCH IS ENOUGH?! RELIEF; JUDGES: DO WHAT IS RIGHT!

PLAINTIFF PRAYS FOR COMPENSATORY DAMAGE RELIEF OF $5,000,000.00 MILLION U.S. DOLLARS. AND PUNITIVE DAMAGES RELIEF IN THE AMOUNT OF $5,000,000.00 U.S DOLLARS.

P. 5 OF 6

INJUNCTIVE RELIEF:
PLAINTIFF PRAYS THE COURT ISSUE AN INJUNCTION UPON THE DIR. OF CORRECTIONS TO RETRAIN STAFF ON ETHICS; AND ETHNIC AND HUMAN RELATIONS; AND PETITION GOV. BROWN FOR SOCIOLOGY COURSES AT WILLAMETTE OR CHEMEKETA.

- SUBSCRIBED AND SWORN TO BE TRUE AND CORRECT; THE CONTENTS HEREIN; ON OATH AND UNDER PENALTY OF PERJURY; PER (ORS 41.010) (ORS 40.170) & PLAINTIFF PRESENTED (3) FEMALE STAFF ASSAULTS AT (OSP) IN 2018!

Sincerely: Tariq Muhammad
Plaintiff prays: a maximum of twenty.
plaintiff.

NOTE: GOV. BROWN: & I HAVE NO MONEY FOR CLEMENCY PACK AT (OSP)!

DATE: 05-25-2020.

*SEXISM IS EVEN WORSE THAN RACISM!
(QURAN 7:27) WOMEN PRODUCE NATIONS! (WAKE UP!
MEMORIAL DAY MESSAGE!

NOTE:" WOMEN ARE THE REAL FALLEN HEROES"! (QURAN 4:1, 19, 34)
EVERY MAN IS WORTHY OF RESPECT! ESPECIALLY THE WOMAN! BECAUSE WE ALL CAME FROM ONE!
(CHURCH)?

P. 6 OF 6